UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO GRANDERSON,

                        Plaintiff,

- v -

THE LEGAL AID SOCIETY; SEYMOUR JAMES; TAMARA STECKLER; ALLAN FOX; AIDA RAMOS; JUSTINE LUONGO; BERNETTE CARWAY-SPRUIELLE; ALLAN FOX; SCOTT ROSENBERG; BHARATI NARUMANCHI; and LEGAL AID SOCIETY UNION,

                        Defendants.

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

16-cv-3802 (KBF)

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Ricardo R. Granderson hereby gives notice that the above captioned action is voluntarily dismissed, with prejudice against defendants The Legal Aid Society; Seymour James; Tamara Steckler; Allan Fox; Aida Ramos; Justine Luongo; Bernette Carway-Spruiell; Allan Fox; Scott Rosenberg, Bharati Narumanchi and the Association of Legal Aid Attorneys (Legal Aid Society Union). Each party is to bear his, her or its own costs and expenses, including attorneys' fees.

                                       Ricardo R. Granderson
                                       191 Willoughby Street, Apt #3M
                                       Brooklyn, NY 11201
                                       Telephone: _____

Dated: September 30, 2016

#4848-7899-3208